# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

February 7, 2008

To:  **John Boutte**
225 Berry Street, #303
San Francisco, CA 94107

Re: John Boutte v. Experian Information System, Inc. - C07-5271 BZ

Dear Sir:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for March 3, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

Enclosed please find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:  /s/ Lashanda Scott
     Lashanda Scott
     Courtroom Deputy

N:\FORMS\CONSENTPROPER.LTR.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN B0UTTE,

        Plaintiff,

  v.

EXPERIAN INFORMATION SYSTEM INC. et al,

        Defendant.
_____/

Case Number: CV07-05271 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Boutte
225 Berry Street, #303
San Francisco, CA 94107

Dated: February 7, 2008

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

John Boutte,                                             No. C 07-5271 BZ

        Plaintiff(s),                              **CONSENT TO PROCEED BEFORE A
                                                          UNITED STATES MAGISTRATE JUDGE**

  v.

Experian Information System, Inc.,

        Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____          _____
                                        Signature

                                        Counsel for _____
                                        (Plaintiff, Defendant or indicate "pro se")

n:\forms\consent-decline.frm

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Boutte, | No. C 07-5271 BZ |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| Experian Information System, Inc., | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____  Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

n:\forms\consent-decline.frm