**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**February 22, 2008**

CASE NUMBER: CV 07-05271 BZ
CASE TITLE: JOHN B0UTTE-v-EXPERIAN INFORMATION SYSTEM INC.

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/22/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 2/22/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA