IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BOUTTE,

      Plaintiff,

  v.

EXPERIAN INFORMATION SYSTEM, INC.,

      Defendant.
                                /

No. 07-05271 CW

ORDER FOR PLAINTIFF TO PROVIDE ADDRESS FOR SERVICE ON DEFENDANT

    On November 16, 2007, the Court granted Plaintiff's Application to Proceed In Forma Pauperis. On November 19, 2007, the Clerk sent to Plaintiff a letter requesting the address of Defendant to insure proper service. A second request was sent on December 20, 2007. To date, Plaintiff has not submitted the address of Defendant. Accordingly,

    IT IS HEREBY ORDERED that Plaintiff shall provide the address of Defendant on the enclosed form within twenty (20) days of the date of this order. A self-addressed envelope is enclosed for the convenience in returning this information. **Failure to timely provide the address of Defendant may result in dismissal of this case for failure to prosecute.**

Dated   3/5/08

CLAUDIA WILKEN
United States District Judge

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**  
       **CLERK**

1301 CLAY STREET, SUITE 400S  
OAKLAND, CALIFORNIA 94612-5212

(510) 637-3530

March 5, 3008

To:   John Boutte, Pro Per  
      225 Berry Street, #303  
      San Francisco, CA  94107

Subject: <u>John Boutte v. Experian Information Systems, Inc.,</u>  
        Case No. C-07-5271 CW

     An order has been filed in the subject case that the complaint and summons be served upon the defendant.

     To insure that proper service is made, the address of the defendant must be submitted to this office.  The bottom portion of this letter is to be used for the information.  Please print the current address for the listed defendant.

     A self-addressed post paid envelope is enclosed for your convenience in returning this information.

                                  Sincerely,

                                  RICHARD W. WIEKING, Clerk

                by: *Sheilah Cahill* _____  
                        Deputy Clerk

(1)  Name Experian Information Systems, Inc.  Address _____  
                                                    _____  
                                                    _____  
                                                    _____