**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**
CLERK

1301 CLAY STREET, SUITE 400S
OAKLAND, CALIFORNIA 94612-5212
(510) 637-3530

MAR - 5 2008


FILED
MAR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To:   John Boutte, Pro Per
      225 Berry Street, #303
      San Francisco, CA  94107

Subject: <u>John Boutte v. Experian Information Systems, Inc.</u>,
         Case No. C-07-5271 CW

   An order has been filed in the subject case that the complaint and summons be served upon the defendant.

   To insure that proper service is made, the address of the defendant must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print the current address for the listed defendant.

   A self-addressed post paid envelope is enclosed for your convenience in returning this information.

Sincerely,

RICHARD W. WIEKING, Clerk

by: _____
    Deputy Clerk

(1) Name  Experian Information
          Systems, Inc.
          _____   Address  P. O. Box 9701
                                           Allen, Texas 75013