1 | Mr. John Boutte, Pro Se

2 | 225 Berry Street Apt. 303

3 | San Francisco, California 94107

United States District Court

Northern District of California

| | |
|---|---|
| John Boutte, Pro Se ) | Case No.: 07-05271-CV  MHP |
| ) | |
| Plaintiff, ) | Acknowledgement Together With Opposition |
| ) | To Referral of This Case To Federal Judge |
| vs. ) | Marilyn Patel. |
| ) | |
| Experian Information Systems, Inc, ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

Acknowledgement

   Comes Now John Boutte, Pro Se Asserting all of the Rights of a Pro Se Litigant At Common Law and By Statue; And acknowledges the receipt of a Judicial Referral, Filed Stamped it seems by electric filing and received by this Plaintiff on April 1, 2008. I request that no other electronic fillings be made in this case because it places this Pro Se Plaintiff at an extreme disadvantage and a violation of my Rights under the Authority of The United States Constitution and Common Law.

Opposition To Referral

   1. It appearing to Plaintiff that an unlawful Conspiracy Exist between the Clerk's Office and This huge Law Firm representing the the Defendants and their Attorney of Record along with other Attorney's and Jurist.

   2. Violation of my Rights, because I'm African-American, Pro Se and Poor.

Acknowledgement Together With Opposition To Referral- 1

1  3. It appearing to Plaintiff , that within the Conspiracy , The
2  Attorneys for the Defendants went Forum Shopping with the Clerk for
3  A Jurist .

4  Plaintiff prays that The Law of Voids be Applied To
5  To Any and All Orders Issued In This Case .

6  Respectfully Submitted ,
7  JOHN BOUTTE

8  Mr. John Boutte , Pro Se
9  April 4 , 2008



MERLYN C. GILL
Commission # 1774042
Notary Public - California
San Francisco County
My Comm. Expires Nov 16, 2011

Acknowledgement Together With Opposition To Referral- 2

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of _San Francisco_ }

On _4/5/08_ before me, _Merlyn C Gill Notary Public_,
     Date                               Here Insert Name and Title of the Officer

personally appeared _John Boutte_
                               Name(s) of Signer(s)

[Notary Seal: MERLYN C. GILL, Commission # 1774042, Notary Public - California, San Francisco County, My Comm. Expires Nov 16, 2011]

Place Notary Seal Above

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_
                Signature of Notary Public

———————— **OPTIONAL** ————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5907    Reorder: Call Toll-Free 1-800-876-6827



Mr. John Boutte
225 Berry Street Apt. 303
San Francisco, CA 94107

Office of The Clerk
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102