Mr. John Boutte

225 Berry Street # 303

San Francisco , California 94107

( 415 ) 896-9205

FILED

APR X 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08 APR -9 AM 11:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S District Court
Northern District of California

| | |
|---|---|
| John Boutte , Pro Se<br><br>Plaintiff,<br><br>vs.<br><br>Experian Information Systems<br><br>Defendant | Case No.: C06-7454 MHP<br><br>Acknowledgement and Notice of Void Order<br><br>C07-5271 MHP |

Void Order

The order of Federal Judge Marilyn Hall Patell concerning John Boutee and Experian Information Systems is void , Since Judge Patel did not have Jurisdiction of this case.

Respectfully Submitted ,
JOHN BOUTTE

Mr. John Boutte , Pro Se


Mr. John Boitte
225 Berry St # 303
San Francisco, CA. 94107
Office of the Clerk - U S District Court
450 Golden Gate Ave.
San Francisco, CA. 94102
SAN FRANCISCO CA
08 APR 2008
7007 3020 0002 8868 1042
RETURN RECEIPT REQUESTED
94102+3661 C004
U.S. POSTAGE PAID
SAN FRANCISCO, CA
94105
APR 08 '08

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

$4.80

94102