**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 5, 2008

Case No.  C 07-5271 MHP          Judge: MARILYN H. PATEL

Title: JOHN BOUTTE -v- EXPERIAN INFORMATION SYSTEM INC

Attorneys:  Plf: no appearance
            Dft: no appearance

Deputy Clerk: Anthony Bowser   Court Reporter: Jim Yeomans

**PROCEEDINGS**

1) Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Plaintiff failed to appear, and has failed to follow court orders; Court to dismiss action re DLOP; Court to issue order.