UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BOUTTE,

    Plaintiff,

v.

EXPERIAN INFORMATION SYSTEM, INC.,

    Defendant.
_____/

No. C 07-05271 MHP

**MEMORANDUM & ORDER**

Re: Dismissal for Lack of Prosecution

    On October 16, 2007, plaintiff John Boutte filed this action against Experian Information System, Inc. On May 5, 2008, plaintiff failed to appear, as ordered, before the court for a case management conference. *See* Docket No. 19 (Civil Pretrial Minutes). Moreover, plaintiff has failed to pursue any further action in this matter. Accordingly, having considered plaintiff's failure to comply with the court's order and plaintiff's failure to timely prosecute this action, the court now enters this memorandum and order dismissing this action pursuant to Federal Rule of Civil Procedure 41(b), which allows for the dismissal of an action for failure of a plaintiff to prosecute or to comply with a court order. Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

Dated: May 9, 2011

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California